UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANIELLE WALKER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 1:13-cv-00402-SEB-DML |
| UNITED PARCEL SERVICE, | ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date: 2/20/2015

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DANIELLE WALKER
Holy Family Center
907 N. Homes Ave.
Indianapolis, IN 46222

Ellen Girard Georgiadis
QUARLES & BRADY LLP
ellen.georgiadis@quarles.com

Jeffrey S. Piell
QUARLES & BRADY LLP
jeffrey.piell@quarles.com

Andrew F. Hettinga
QUARLES & BRADY, LLP
andrew.hettinga@quarles.com